ct140

## United States Bankruptcy Court
### District of Connecticut



02/2019

In re:  Olegna Fuschi-Aibel

Debtor*

Case Number: 18-50052

Chapter: 7

## ORDER GRANTING EXTENSION OF TIME
## TO FILE A COMPLAINT OBJECTING TO DISCHARGE

Upon the Office of the United States Trustee's, (the "Movant"), oral Motion for Extension of Time to File a Complaint Objecting to Discharge of a Debt Pursuant to 11 U.S.C. § 727 (the "Motion") at a hearing held on November 19, 2019, *see* 11 U.S.C. § 102(1), it appearing that the oral Motion should be granted; it is hereby

**ORDERED:** The time for the Movant, Richard Coan, Chapter 7 Trustee, the Office of the United States Trustee and all creditors and interested parties to file a Complaint pursuant to 11 U.S.C. § 727 is extended to January 28, 2020.

Dated: November 20, 2019

BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.